**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **XIN SONG,** | **NO. 5:26-cv-03214-KS** |
| **Petitioner,** | |
| **v.** | **JUDGMENT** |
| **FERETI SEMAIA et al.,** | |
| **Respondents.** | |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: August 12, 2026

Karen L. Stevenson

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE